AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Duncan J. McNeil, III           **JUDGMENT IN A CIVIL CASE**
                                 CASE NUMBER: 05-CV-445

  v.

United States and its Officers and Agencies, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that plaintiff's motion to proceed in forma pauperis is denied and this action is dismissed without prejudice.  All other motions filed by plaintiff are denied as moot and this case is closed.


Date: October 17, 2005                           RODNEY C. EARLY,
                                                 CLERK

                                         By:    s/Deborah M. Zeeb
                                                  Deputy Clerk